**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**



**FILED**

SEP 0 6 2024

Clerk, U.S. District Court
Eastern District of Texas

| | | |
|---|---|---|
| **LOUIE COMELLA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **NEWTEKONE,INC.,** | § | **CIVIL CAUSE NO.** |
| **NEWTEK SMALL BUSINESS FINANCE, LLC;** | § | **4:24-cv-00813-SDJ-AGD** |
| **NEWTEK CONVENTIONAL LENDING, LLC;** | § | |
| **NEWTEK SMALL BUSINESS FINANCE,INC.;** | § | |
| **NEWTEK BUSINESS LENDING, LLC;** | § | |
| **SMALL BUSINESS LENDING, LLC;** | § | |
| **NEWTEK BANK, N.A.; BARRY SLOANE;** | § | |
| **SCOTT SHULMAN; ARNALDO FEBLES;** | § | |
| **AUSTIN BRIGGS; DANIEL PAZ; DANIEL F.** | § | |
| **WILLIAMS; DAN ESHBAUGH** | § | |
| | § | |
| **Defendants.** | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

COMES NOW Louie Comella ("Plaintiff") in the above styled and numbered Civil Complaint and in accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, files this Certificate of Interested Persons. To the best of Plaintiff's knowledge and belief, the following parties may be financially interested in the outcome of the litigation.

| PARTY | CONNECTION / INTEREST |
|---|---|
| Louie Comella | Plaintiff |
| NewtekOne, Inc. | Defendant – Publicly Traded |
| Newtek Small Business Finance, LLC | Defendant |
| Newtek Conventional Lending, LLC | Defendant |
| Newtek Small Business Finance, Inc. | Defendant |
| Newtek Business Lending, LLC | Defendant |
| Small Business Lending, LLC | Defendant |
| Newtek Bank, N.A. | Defendant |
| Barry Sloane | Defendant |
| Scott Shulman | Defendant |
| Arnaldo Febles | Defendant |
| Austin Briggs | Defendant |
| Daniel Paz | Defendant |
| Daniel F. Williams | Defendant |
| Dan Eshbaugh | Defendant |

Date: September 6, 2024

By: _____
Louie Comella – Pro-Se

1